United States District Court
Southern District of Texas

**ENTERED**

February 22, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT F. STRANGE JR. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| DEUTSCHE BANK NATIONAL | § | CIVIL ACTION NO. 4:21-CV-03298 |
| TRUST COMPANY, AS TRUSTEE, | § | |
| IN TRUST FOR THE REGISTERED | § | |
| HOLDERS OF LONG BEACH | § | |
| MORTGAGE LOAN TRUST 2004-4, | § | |
| ASSET BACKED CERTIFICATES | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER GRANTING UNOPPOSED</u>
## <u>MOTION TO SUBSTITUTE LAW FIRM FOR PLAINTIFF'S COUNSEL</u>

BE IT REMEMBERED that on this date came to be considered the Plaintiff and

Plaintiff's counsel's Motion to substitute law firm of record for the Plaintiff. Having considered

the Motion the Court is of the opinion that the same should be and is hereby in all things

GRANTED and the law firm, Medearis Law Firm, PLLC is hereby substituted for Sullins

Johnston Rohrbach and Magers as counsel for Plaintiff. Attorney David Medearis to will remain

the lead counsel of record for Plaintiff. The firm Sullins Johnston Rohrbach and Magers is

relieved of any further responsibility in this case.

SIGNED this 22nd day of ___February___, 2022.

Hon. Charles Eskridge
United States District Judge

1

Respectfully submitted,

**Medearis Law Firm, PLLC**

By: _____

David Medearis
TBA #24041465
Fed ID. 55786
1560 W Bay Area Blvd., Suite 304
Friendswood Texas 77546
David@medearislaw.com
(Direct):  281-224-7481
**ATTORNEYS FOR PLAINTIF**
**Robert F. Strange, Jr.**

**SULLINS, JOHNSTON, ROHRBACH & MAGERS**

By: _____

DAVID M. MEDEARIS,
TBA #24041465
Fed ID. 55786
3200 Southwest Freeway, Suite 2200
Houston, Texas  77027
Tel 713.521.0221 | Fax 713.521.3242
Dmedearis@sjrm.com
**ATTORNEYS FOR PLAINTIF**
**Robert F. Strange, Jr.**