United States District Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT F. STRANGE JR, | § § | CIVIL ACTION NO. 4:21-cv-03298 |
| Plaintiff, | § § § | |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| DEUTSCHE BANK NATIONAL TRUST CO, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

This case is DISMISSED WITH PREJUDICE for the reasons stated in the opinion and order entered this same day.

This is a FINAL JUDGMENT.

Any pending motion is DENIED AS MOOT.

SO ORDERED.

Signed on March 25, 2022, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge